IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 2:24-cr-00157

JASON ALLEN RHULE

### DEFENDANT'S MOTION TO SCHEDULE GUILTY PLEA HEARING

The defendant, Jason Allen Rhule, by his counsel, Assistant Federal Public Defender David R. Bungard, moves this Court to schedule a date, time, and location for a hearing to accept the defendant's guilty plea to the single count Indictment.

Respectfully submitted this 10th day of February, 2025.

JASON ALLEN RHULE

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/David R. Bungard**
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org