# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     CRIMINAL ACTION NO. 2:24-cr-00157

JASON ALLEN RHULE,

        Defendant.

## ORDER

Pending before the Court is the motion (ECF No. 40) of the Defendant to schedule a guilty plea hearing in this matter. The motion is **GRANTED**, and the Court **ORDERS** that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **February 26, 2025, at 11:00 a.m.** It is further **ORDERED** that at said hearing, the Government **SHALL** be prepared to present a full factual basis for the plea of guilty being entered.

In view of the scheduled plea hearing, the trial date of February 25, 2025, is **VACATED**, and will be rescheduled if necessary.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                        ENTER:      February 11, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE