L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**

**JASON ALLEN RHULE**

NOTICE OF CERTIFICATION FOR
USE OF COURTROOM TECHNOLOGY

CRIM. ACTION NUMBER 2:24-cr-00157

Comes now the **Defendant**, by counsel, and do(es) hereby certify pursuant to **LR Cr P 12.1(e)** that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology **at a hearing in this** action set for July 10, 2025.

Anticipated Equipment Usage (select all that apply):

- ☐ VCR/DVD Player
- ☑ Document Camera
- ☑ Laptop
- ☐ Annotation System

☑ I request training/testing of anticipated equipment before the date of the use.

☐ I do not require training/testing.

s/ David R. Bungard

David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org